**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| NETWORK-1 TECHNOLOGIES, INC, <br><br> Plaintiff, <br> v. <br><br> ALCATEL-LUCENT USA INC., ET AL., <br><br> Defendants. | § § § § § § § § § | CIVIL ACTION NO.  6:11-CV-00492-RWS <br><br> LEAD CASE |
| NETWORK-1 TECHNOLOGIES, INC, <br><br> Plaintiff, <br> v. <br><br> HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD ENTERPRISE COMPANY, <br><br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO.  6:13-CV-00072-RWS |

## ORDER

On January 17, 2013, the Court severed Plaintiff Network-1 Technologies, Inc.'s ("Network-1") claims against Hewlett-Packard Company from Case No. 6:11-cv-492 into Case No. 6:13-cv-72 and consolidated the cases for all pretrial issues except venue.[1]  Docket No. 365. Case No. 6:11-cv-492 was designated as the lead case, and both cases were referred to Magistrate Judge K. Nicole Mitchell.

Pretrial before Judge Mitchell concluded on November 2, 2017, and jury selection in Case No. 6:13-cv-72 begins on Monday, November 6, 2017.  Accordingly, the referral to Judge Mitchell and the consolidation of these two cases are **VACATED**.

---

[1] Since the Court's consolidation order, Network-1 changed its corporate name from Network-1 Security Solutions, Inc. to Network-1 Technologies, Inc. (Docket Nos. 422-1 and 423 in Case No. 6:11-cv-492) and named both Hewlett-Packard Company and Hewlett-Packard Enterprise Company (collectively, "HP") as defendants in this action  (Docket No. 638 in Case No. 6:11-cv-492).

The Clerk of the Court is directed to file in Case No. 6:13-cv-72 (1) Network-1's Second Amended Complaint against HP (Docket No. 638 in Case No. 6:11-cv-492) and (2) HP's Answer to the Second Amended Complaint and Counterclaims (Docket No. 650 in Case No. 6:11-cv-492). All other filings in Case No. 6:11-cv-492 relating to the HP Defendants are incorporated by reference.

The Clerk is further directed to modify the caption for Case No. 6:13-cv-72 to *Network-1 Technologies, Inc. v. Hewlett Packard Company et al*.

**SIGNED this 3rd day of November, 2017.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE