# EXHIBIT A

HP's Preadmitted Trial Exhibit List
*Network-1 Technologies, Inc. v. Hewlett-Packard Company and Hewlett Packard Enterprise Company*
6:13-CV-00072-RWS

| Judge Robert W. Schroeder III | Plaintiff's Attorney<br>Gregory Scott Dovel, John Jeffrey Eichmann, T.John Ward, Jr | Defendants' Attorney<br>Jennifer Haltom Doan, David Henry Dolkas, Mark E. Ferguson |
|---|---|---|
| Trial Date(s)<br>11/6/2017 | Court Reporter<br>Shea Sloan | Courtroom Deputy<br>Betty Schroeder |

| Defendant Exh. No. | Date Offered | Date Admitted | Description of Exhibits | Bates Nos. |
|---|---|---|---|---|
| DX001 | | | Linear Technology, LTC4269-1, IEEE 802.3at PD with Synchronous No-Opto Flyback Controller | N357332 |
| DX002 | | | Broadcom, BCM59103 Product Brief | HP-DCTX-004038005 |
| DX003 | | | Linear Technology, LTC4267, Power over Ethernet IEEE 802.3af PD Interface with Integrated Switching Regulator | N357226 |
| DX004 | | | PowerDsine, PD64004 4-Channel PoE Manager Datasheet | HP-DCTX-001571579 |
| DX005 | | | Linear Technology, LTC4258 Quad IEEE 802.3af Power over Ethernet Controller Datasheet | N448511 |
| DX010 | | | January 20-21, 2000 Lucent Presentation - IEEE 802.3 DTE Power via MDI, Power Delivery Mechanisms | N55349 |
| DX011 | | | March 7-8, 2000 Minutes of the DTE Power via MDI Task Force | HP-DCTX-000229907 |
| DX012 | | | March 2000 Lucent Presentation - IEEE 802.3 DTE Power via MDI Detection and Signature Guidelines | HP-DCTX-000229828 |
| DX013 | | | July 11-12, 2000 IEEE 802.3af Task Force Minutes | HP-DCTX-000230415 |
| DX014 | | | September 12-13, 2000 Minutes of the Power via MDI Task Force | HP-DCTX-000230730 |
| DX015 | | | September 2000 Lucent Presentation - "Resistive + Diodes" Signature and Detection Protocol Summary of Overall Feasibility | HP-DCTX-000230667 |

*Subject to approved redaction

HP's Preadmitted Trial Exhibit List
*Network-1 Technologies, Inc. v. Hewlett-Packard Company and Hewlett Packard Enterprise Company*
6:13-CV-00072-RWS

| | | | | |
|---|---|---|---|---|
| DX016 | | | November 7, 2000 Minutes - IEEE 802.3af DTE Power Meeting | HP-DCTX-000231159 |
| DX019 | | | Circa Communications Ltd., DC Power Discovery Algorithm, IEEE P802.3af DTE Power via MDI Task Force Presentation | HP-DCTX-000229831 |
| DX020 | | | Level One, IDLE PAIR Discovery Process, Robert Muir, IEEE 802.3af - March 2000 | HP-DCTX-000229912 |
| DX021a | | | PowerDsine, DTE Power via MDI, Method for Powered DTE (PDTE) Authentication (1/20/2000) | N431588 |
| DX021b | | | PowerDsine, DTE Power via MDI, Method for Powered DTE (PDTE) Authentication (3/7/2000) | N431580 |
| DX022 | | | Nortel, Rick Brooks, Common Mode and Differential Mode Discovery Techniques, May 2000 | HP-DCTX-000230020 |
| DX023 | | | Broadcom/Level One, DTE Power via MDI Detection Scheme, September 29, 1999 | HP-DCTX-000229334 |
| DX024 | | | TDK Semiconductor, Ralph Andersson, DTE Power over MDI: Discovery process proposal, November 10, 1999 | HP-DCTX-000229403 |
| DX025 | | | Hewlett Packard, Daniel Dove et al., Power over the DTE, A simple and low-cost proposal, January 2000 | N55308 |
| DX026 | | | Cisco Systems, Howard Frazier et al., Power over the MDI | HP-DCTX-004037104 |
| DX027 | | | September 29, 2003 Email from Corey Horowitz to George Conant titled Merlot Patents2 | N394037 |
| DX029 | | | 88 Power Board Power Sequence | NA |
| DX030 | | | 100 System Board Sequence | NA |
| DX035 | | | "Power over Ethernet Eases Design Implementations," Power Electronics Technology (November 2003) | NA |
| DX040 | | | November 2000 Lucent Presentation - "Resistive" Signature and Detection Protocol Summary and Overall Feasibility | N055394 |

*Subject to approved redaction

HP's Preadmitted Trial Exhibit List
*Network-1 Technologies, Inc. v. Hewlett-Packard Company and Hewlett Packard Enterprise Company*
6:13-CV-00072-RWS

| | | | | |
|---|---|---|---|---|
| DX051 | | | May 24-25, 2000 Minutes of the Power via the MDI Task Force | HP-DCTX-000230110 |
| DX052 | | | Schematic | HP-DCTX-004043906 |
| DX053 | | | Schematic | HP-DCTX-004043966 |
| DX054 | | | Schematic | HP-DCTX-004043945 |
| DX055 | | | Schematic | HP-DCTX-004043903 |
| DX056 | | | Schematic | HP-DCTX-004043908 |
| DX057 | | | Schematic | HP-DCTX-004043915 |
| DX058 | | | Schematic | HP-DCTX-004043920 |
| DX059 | | | Schematic | HP-DCTX-004043930 |
| DX060 | | | Schematic | HP-DCTX-004043956 |
| DX061 | | | Schematic | HP-DCTX-004043963 |
| DX063 | | | PowerDsine, PD64012/G Data Sheet, 12-Port Power Sourcing Equipment Manager for Power over Ethernet Systems | HP-DCTX-001640594 |
| DX065 | | | Lucent Technologies, Robert Leonowich, IEEE 802.3af DTE Power via MDI Resistive Signature and Detection Protocol Follow-up, July 11, 2000 | HP-DCTX-000230383 |
| DX066 | | | Images | HP-DCTX-004064130 |
| DX070 | | | HPE News Now - Everybody was kung fu fighting | HP-DCTX-004073256 |
| DX072 | | | Linear LTC4257 IEEE 802.3af PD Power over Ethernet Interface Controller | N151794 |
| DX073 | | | Linear LTC4257-1 IEEE 802.3af PD Power over Ethernet Interface Controller with Dual Current Limit | N151815 |
| DX074 | | | Linear LTC4263 Single IEEE 802.3af Compliant PSE Controller with Internal Switch | N357308 |
| DX075 | | | Linear LTC4266 Quad IEEE 802.3at Power over Ethernet Controller | N357376 |

*Subject to approved redaction

HP's Preadmitted Trial Exhibit List
*Network-1 Technologies, Inc. v. Hewlett-Packard Company and Hewlett Packard Enterprise Company*
6:13-CV-00072-RWS

| | | | | |
|---|---|---|---|---|
| DX076 | | | Linear LTC4267-3 Power over Ethernet IEEE 802.3af PD Interface with Integrated Switching Regulator | N357440 |
| DX077 | | | Linear LTC4269-2 IEEE 802.3at High Power PD and Synchronous forward Controller with AUX Support | N357258 |
| DX078 | | | LTC4270/LTC4271 12-Port PoE/PoE+/LTPoE++ PSE Controller | N357408 |
| DX079 | | | Linear LTC4290/LTC4271 8-Port PoE/PoE+/LTPoE++ PSE Controller | N357474 |
| DX080 | | | TPS2370 IEEE 802.3af Power Interface Switch for Power Over Ethernet (PoE) Powered Devices | TI-0000565 |
| DX081 | | | TPS2375, TPS2376, TPS2377 IEEE 802.3af PoE Powered Device Controllers | TI-0001769 |
| DX082 | | | TPS23751, TPS23752 TPS2375x IEEE 802.3at PoE Interface With Wide Range High Efficiency DC-DC Controller | TI-0001128 |
| DX086 | | | LM5071 Power Over Ethernet PD Controller with Auxiliary Power Interface | TI-0000530 |
| DX087 | | | IEEE Standard 802.3at-2009, Part 3: Carrier Sense Multiple Access with Collision Detection (CSMA/CD) Access Method and Physical Layer Specifications | HP-DCTX-001233740 |
| DX088 | | | IEEE Standard 802.3af-2003, Part 3: Carrier Sense Multiple Access with Collision Detection (CSMA/CD) Access Method and Physical Layer Specifications | HP-DCTX-000701893 |
| DX089 | | | Fisher System Images | HP-DCTX-004043970 |
| DX090 | | | "3Com Access Point, February 8, 2015" | HP-DCTX-004064101 |
| DX099 | | | November 18, 2004 E-mail from C. Horowitz to R. Keenan  Re: Call | N 394035 |
| DX101 | | | Network-1 Power Up Licensing Program flyer | N 088461 |

*Subject to approved redaction

HP's Preadmitted Trial Exhibit List
*Network-1 Technologies, Inc. v. Hewlett-Packard Company and Hewlett Packard Enterprise Company*
6:13-CV-00072-RWS

| | | | | |
|---|---|---|---|---|
| DX102 | | | Network-1 2008 Special Licensing Program | N 110947 |
| DX103 | | | Settlement Agreement between Network-1 and PowerDsine (November 16, 2005) | N 28702 |
| DX104 | | | Letter from C. Horowitz to Steven Litchfield (June 17, 2008) Re: PowerDsine Settlement Agreement | N 25713 |
| DX105 | | | Binding Term Sheet between Network-1 and Extreme Networks (July 16, 2010) | N 270662 |
| DX110 | | | Memorandum Opinion and Order excluding Cisco's liability expert opinion on infringement, 6:08-cv-30 (DI 475) | N226791 |
| DX117 | | | Power over Ethernet Interoperability, Sanjaya Maniktala | NA |
| DX118 | | | Appendix 4 to Expert Report of James Knox on Infringement, Defendant: HP Tested Demonstratives | NA |
| DX119 | | | U.S. Patent No. 5,345,592 | HP-DCTX-004074230 |
| DX122 | | | U.S. Patent No. 6,246,748 | HP-DCTX-004074278 |
| DX123 | | | WO 98/54843 | HP-DCTX-004076220 |
| DX124 | | | WO 98/57248 | HP-DCTX-004076250 |
| DX128 | | | Auto-negotiation patents (5,617,418; 5,687,174) | HP-DCTX-004073991 |
| DX129 | | | Auto-MDIX patents (6,175,865; 6,460,078) | HP-DCTX-004076315 HP-DCTX-004076377 |
| DX139 | | | U.S. Patent No. 6,710,704 | HP-DCTX-004074387 |
| DX144 | | | U.S. Patent No. 5,991,885 | HP-DCTX-004074244 |
| DX149 | | | "DTE Power via MDI," David Law, 3Com (March 1999) | N099819 |
| DX150 | | | "WLANs and Power over Ethernet," Carlos Rios, 3Com (July 6, 1999) | CARLSON0843 |
| DX151 | | | "DTE Power over MDI: Terminal powering over LAN wiring," Arlan Anderson, Nortel Networks (July 7, 1999) | HP-DCTX-00229272 |
| DX152 | | | "IEEE Power over MDI Study Group Meeting Minutes" (Sept. 30, 1999) | HP-DCTX-000229350 |
| DX153 | | | "DTE Power via MDI," David Law, 3Com (March 1999) | AXIS00025737 |

*Subject to approved redaction

HP's Preadmitted Trial Exhibit List
*Network-1 Technologies, Inc. v. Hewlett-Packard Company and Hewlett Packard Enterprise Company*
6:13-CV-00072-RWS

| | | | | |
|---|---|---|---|---|
| DX154 | | | "DTE Power Problem Set and Solution Methodology," Michael McCormack, 3Com (Nov. 1999) | HP-DCTX-000229436 |
| DX155 | | | "IEEE-SA Standards Board Project Authorization Request (PAR)" (Nov. 11, 1999) | N09956 |
| DX156 | | | "DTE Power via MDI," David Law, 3Com (July 1999) | HP-DCTX-000229259 |
| DX157 | | | U.S. Patent No. 5,994,998 | HP-DCTX-004074264 |
| DX158 | | | Broadcom BCM59121 Octal Power Sourcing Equipment Controller | BRCM0813 |
| DX167 | | | February 27, 2002 letter from William Crutcher to Ron Keenan regarding submitting letter of assurance | N391275 |
| DX172 | | | Press Release - Network-1 Commences Patent Litigation Against Cisco Systems and Other Major Data Networking Companies, Network-1, February 11, 2008, http://www.network-1.com/news/PR_021108.htm | HP-DCTX-004058660 |
| DX173 | | | Press Release - Network-1 Announces Special Licensing Program for Early Adopters of Essential IEEE 802.3af Power over Ethernet (POE) Technology, Network-1, June 30, 2008, http://www.network-1.com/news/PR_063008.htm | N149711 |
| DX174 | | | HP LOA for the '865 patent in association with the 802.3ab std. | HP-DCTX-004043816 |
| DX175 | | | HP LOA for the '865 patent in relation to the 802.3an std and the '078 patent and pat. App. 10/099,372 | HP-DCTX004043894 |
| DX178 | | | HP Audio-MDIX License Agreement with IC Plus | HP-DCTX-000245498 |
| DX179 | | | HP Audio-MDIX License Agreement with IDT | HP-DCTX-000245515 |
| DX180 | | | HP Audio-MDIX License Agreement with SMSC | HP-DCTX-000245538 |
| DX181 | | | HP Audio-MDIX License Agreement with Davicom | HP-DCTX-000245686 |
| DX182 | | | HP Audio-MDIX License Agreement with TDK | HP-DCTX-000245696 |
| DX183 | | | HP Audio-MDIX License Agreement with Media Tek | HP-DCTX-004043870 |

*Subject to approved redaction

HP's Preadmitted Trial Exhibit List
*Network-1 Technologies, Inc. v. Hewlett-Packard Company and Hewlett Packard Enterprise Company*
6:13-CV-00072-RWS

| | | | | |
|---|---|---|---|---|
| DX184 | | | Press Release - Network-1 Commences Patent Litigation Against D-Link Corporation and D-Link Systems, Incorporated, Network-1, August 11, 2005, http://www.network- .com/news/PR_081105.htm. | HP-DCTX-004058212 |
| DX185 | | | HP Audio-MDIX License Agreement with Real Tek | HP-DCTX-004043882 |
| DX187 | | | HP Auto-MDIX License Agreement with Broadcom | HP-DCTX-000245675 |
| DX188 | | | HP Auto-MDIX License Agreement with Faraday, Inc. | HP-DCTX-004043860 |
| DX189 | | | HP Auto-MDIX License Agreement with ICS Technologies | HP-DCTX-000245507 |
| DX190 | | | HP Auto-MDIX License Agreement with Marvell International, Ltd. | HP-DCTX-000245524 |
| DX191 | | | HP Auto-MDIX License Agreement with Micrel, Inc. | HP-DCTX-000245572 |
| DX192 | | | HP Auto-MDIX License Agreement with Vitesse | HP-DCTX-004043849 |
| DX193 | | | IEEE-SA Standards Board Bylaws, p. 12 (January 2002) | IEEENetwork100004 |
| DX194 | | | PD64012, 12-Channel PoE Manager | HP-DCTX-000244075 |
| DX195 | | | IEEE-SA Standards Board Bylaws, p 12 (February 2003) | IEEENetwork100006 |
| DX197 | | | IEEE-SA Standards Board Bylaws (will become effective Q1 2015) | HP-DCTX-004057157 |
| DX200* | | | Network-1 Security Solutions, Inc., 2010 Form 10-K, March 31, 2011 at p. 8 | HP-DCTX-004059938 |
| DX201* | | | Network-1 Security Solutions, Inc., 2011 Form 10-K, March 8, 2012 at p. 8 | HP-DCTX-004061206 |
| DX202* | | | Network-1 Security Solutions, Inc., 2012 Form 10-K, March 22, 2013 at p. 8 | HP-DCTX-004061624 |
| DX203* | | | Network-1 Technologies 2013 Form 10-K, March 21, 2014 at p. 10 | HP-DCTX-004060573 |
| DX204* | | | Network-1 Technologies 2014 Form 10-K, March 5, 2015 at p. 11 | HP-DCTX-004059775 |
| DX205* | | | Network-1 Technologies 2015 Form 10-K, March 30, 2016 at p. 11 | HP-DCTX-004059488 |

*Subject to approved redaction

HP's Preadmitted Trial Exhibit List
*Network-1 Technologies, Inc. v. Hewlett-Packard Company and Hewlett Packard Enterprise Company*
6:13-CV-00072-RWS

| | | | | |
|---|---|---|---|---|
| DX206 | | | Amendment to Patent Purchase, Assignment and License Agreement between Merlot and Network-1, January 18, 2005 | N073662 |
| DX207 | | | Patent License Agreement between Merlot and Vertical Networks | N073667 |
| DX208 | | | Patent Purchase, Assignment, and License Agreement between Merlot and Network-1 | N073648 |
| DX209 | | | Merlot LOA | N28779 |
| DX210 | | | October 13, 2003 Email from George Conant at Merlot to Corey Horowitz | CON00244 |
| DX237 | | | TPS2384 Quad Integrated Power Sourcing Equipment Power Manager | N446087 |
| DX238 | | | TPS2384A Quad Integrated Power Sourcing Equipment Power Manager | TI-0001939 |
| DX239 | | | TPS23841 High-Power, Wide Voltage Range, Quad-Port Ethernet Power Sourcing Equipment Manager | TI-0001980 |
| DX253 | | | The Test of Time | HP-DCTX-004064629 |
| DX267 | | | HP Partners with Levi Stadium | HP-DCTX-004068404 |
| DX274 | | | 9/30/2003 email from C. Horowitz to R. Keenan | N416698 |
| DX275 | | | 10/2/2003 email from C. Horowitz to G. Conant | N394054 |
| DX276 | | | 10/7/2003 email from C. Horowitz to G. Conant | N394192 |
| DX277* | | | Network-1 Form 10-K 2008 | NA |
| DX281 | | | 8/14/2005 Email from Corey Horowitz to Jim Parsons | N396910 |
| DX283 | | | 9/17/2003 Email from Corey Horowitz to George Conant | N394040 |
| DX284 | | | 5/21/2003 Email from Corey Horowitz to Barry R. | N394042 |
| DX285 | | | 12/29/2004 Letter from Corey Horowitz to Extreme Networks | N409468 |
| DX286 | | | 1/15/2004 Letter from Jason Mirabito to Linksys, Inc. | N409466 |

*Subject to approved redaction

HP's Preadmitted Trial Exhibit List
*Network-1 Technologies, Inc. v. Hewlett-Packard Company and Hewlett Packard Enterprise Company*
6:13-CV-00072-RWS

| | | | | |
|---|---|---|---|---|
| DX287 | | | 12/29/2004 Letter from Corey Horowitz to Foundry Networks, 3/4/2004 Letter from Jason Mirabito to Foundry Networks, 4/5/2005 Foundry Networks Licensing Discussion Presentation | N409439 |
| DX291 | | | March 10, 1999 Presentation, Amir Lehr, PowerDsine Ltd., Power over Ethernet | HP-DCTX-000229234 |
| DX292 | | | March 10, 1999 Minutes for the DTE Power via MDI IEEE 802.3 Call for Interest Meeting | HP-DCTX-000229241 |
| DX293 | | | March 10, 1999 Presentation, Nick Stapleton, 3Com, 802.3 Working Group DTE Power via MDI Call for Interest | HP-DCTX-000229244 |
| DX294 | | | March 1999, IEEE 802.3 & Subgroups - Attendance Sheet, Austin, TX | HP-DCTX-000237035 |
| DX295 | | | April 18, 2000 Presentation, Lucent Technologies, IEEE 802.3 DTE Power via MDI Detection and Signature Protocol | HP-DCTX-000230083 |
| DX296 | | | Cisco 2011- Q1 2015 Report | N385268 |
| DX297 | | | Cisco Q4 2015 Report | N385300 |
| DX299 | | | October 10, 2003 Memo from George Conant to Board re: Background on Patent Portfolio Recommendation | N391309 |
| DX303 | | | Binding Term Sheet between Network-1 and Foundry, Entrasys, and Adtran July 16, 2010 | N270666 |
| DX304 | | | Settlement and License Agreement between Network-1 and Alcatel-Lucent defendants July 8, 2016 | N357540 |
| DX305 | | | Settlement and License Agreement Between Network-1 and Axis defendants August 15, 2017 | N450861 |
| DX306 | | | Network-1's Supplemental Responses to Defendants' First Set of Common Interrogatories (Nos. 3 and 4) November 16, 2016 | NA |
| DX307A | | | Letter from Jason Mirabito to Ericsson January 27, 2004 | N090219 |

*Subject to approved redaction

HP's Preadmitted Trial Exhibit List
*Network-1 Technologies, Inc. v. Hewlett-Packard Company and Hewlett Packard Enterprise Company*
6:13-CV-00072-RWS

| | | | | |
|---|---|---|---|---|
| DX307B | | | Letter from Jason Mirabito to Delta Products March 4, 2004 | N090231 |
| DX307C | | | Letter from Jason Mirabito to Siemens Enterprise January 22, 2004 | N090382 |
| DX307D | | | Letter from Jason Mirabito to NEC January 23, 2004 | N090439 |
| DX307E | | | Letter from Jason Mirabito to Uniden America January 22, 2004 | N090469 |
| DX307F | | | Letter from John Garland to Mitel Networks December 29, 2004 | N088454 |
| DX307G | | | Email from Corey Horowitz to Enterays re: Power Up Licensing Program August 16, 2005 | N0629 |
| DX307H | | | Email from Corey Horowitz to Edward Wes re: Power Up Licensing Program August 12, 2005 | N0635 |
| DX307I | | | Email from Corey Horowitz to Jennifer Oche re: Power Up Licensing Program August 12, 2005 | N0639 |
| DX307J | | | Email from Corey Horowitz to Keith Lutsch re: Power Up Licensing Program August 12, 2005 | N0641 |
| DX307K | | | August 15, 2005 Press Release - Network-1 Announces Power Up Licensing Program | N100803 |
| DX307L | | | Letter from Corey Horowitz to Apple re: Special Licensing Program August 7, 2008 | N111023 |
| DX307M | | | Letter from Corey Horowitz to Nokia re: Special Licensing Program August 7, 2008 | N111223 |
| DX307N | | | Letter from Corey Horowitz to Motorola re: Special Licensing Program August 7, 2008 | N111243 |
| DX308 | | | Settlement and License Agreement between Network-1 and D-Link May 25, 2007 | N23772 |
| DX309 | | | Patent License Agreement between Network-1 and Microsemi August 13, 2008 | N110921 |

*Subject to approved redaction

HP's Preadmitted Trial Exhibit List
*Network-1 Technologies, Inc. v. Hewlett-Packard Company and Hewlett Packard Enterprise Company*
6:13-CV-00072-RWS

| | | | | |
|---|---|---|---|---|
| DX310 | | | Patent License Agreement between Network-1 and BRG Precision Products December 31, 2008 | N111563 |
| DX311 | | | Patent License Agreement between Network-1 and Buffalo, Inc. December 31, 2008 | N111541 |
| DX312 | | | Patent License Agreement between Network-1 and SEH Technology December 31, 2008 | N110936 |
| DX313 | | | Settlement and License Agreement between Network-1 and Netgear May 22, 2009 | N270708 |
| DX314 | | | Settlement and License Agreement between Network-1 and Cisco May 25, 2011 | N270682 |
| DX315 | | | Settlement and License Agreement between Network-1 and Transition Networks March 29, 2012 | N270755 |
| DX316 | | | Settlement and License Agreement between Network-1 and Motorola March 30, 2012 | N270739 |
| DX317 | | | Settlement and License Agreement between Network-1 and GarrettCom October 15, 2012 | N270775 |
| DX318 | | | Patent License Agreement between Network-1 and Allied Telesis February 7, 2013 | N276553 |
| DX319 | | | Settlement and License Agreement between Network-1 and NEC February 14, 2013 | N276587 |
| DX320 | | | Settlement and License Agreement between Network-1 and Samsung March 4, 2015 | N347796 |
| DX321 | | | Settlement and License Agreement between Network-1 and Huawei July 6, 2015 | N351228 |
| DX322 | | | Settlement and License Agreement between Network-1 and ShoreTel July 22, 2015 | N357203 |
| DX323 | | | Settlement and License Agreement between Network-1 and Sony June 23, 2016 | N357516 |

*Subject to approved redaction

HP's Preadmitted Trial Exhibit List
*Network-1 Technologies, Inc. v. Hewlett-Packard Company and Hewlett Packard Enterprise Company*
6:13-CV-00072-RWS

| | | | | |
|---|---|---|---|---|
| DX324 | | | Settlement and License Agreement between Network-1 and Dell August 15, 2016 | N389705 |
| DX325 | | | Settlement and License Agreement between Network-1 and Polycom September 29, 2016 | N450163 |
| DX326 | | | Settlement and License Agreement between Network-1 and Avaya September 21, 2017 | N450885 |
| DX327 | | | StoneTurn Supplemental Exhibit 3 | NA |
| DX328 | | | StoneTurn Supplemental Exhibit 5 | NA |
| DX329 | | | StoneTurn Supplemental Exhibit 6 | NA |
| DX340 | | | StoneTurn Supplemental Exhibit 7 | NA |
| DX342 | | | Network-1's Objections and Responses to Defendants' First Set of Common Interrogatory No. 2 (Redacted) July 13, 2016 | NA |

\*Subject to approved redaction