# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **NETWORK-1 TECHNOLOGIES, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 6:13-cv-0072 |
| § | |
| **HEWLETT-PACKARD COMPANY AND** § | |
| **HEWLETT PACKARD ENTERPRISE** § | |
| **COMPANY** § | |
| § | |
| Defendants. | |

**PLAINTIFF'S LIST OF PRE-ADMITTED EXHIBITS**

| Judge Robert W. Schroeder III | | | PLAINTIFF'S ATTORNEY<br>Dovel & Luner, LLP; Ward, Smith & Hill, PLLC | DEFENDANT'S ATTORNEY<br>Haltom & Doan; McDermott Will & Emergy; Bartlit Beck Herman Palenchar & Scott LLP |
|---|---|---|---|---|
| TRIAL DATES<br>November 6, 2017 – November 10, 2017 | | | COURT REPORTER | COURTROOM DEPUTY |
| PL / Def.<br>No. | DATE<br>OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* | |
| P1 | | | U.S. Patent 6,218,930 | |
| P2 | | | Assignment from Katzenberg and Deptula to Merlot | |
| P3 | | | Patents Purchase, Assignment and License Agreement between Merlot and Network-1 (November 3, 2003) | |
| P4 | | | Amendment to Patents Purchase, Assignment and License Agreement between Merlot and Network-1 (January 18, 2005) | |
| P5 | | | Letter from Horowitz to Hurd (August 7, 2008) | |
| P6 | | | Mail delivery receipt (Letter from Horowitz to Hurd) (August 14, 2008) | |
| P17 | | | "Network-1 Announces Commencement of Power Up Licensing Program," Network-1 Press Release (September 8, 2005) | |
| P18 | | | "Power Up Licensing Program," Network-1-Licensing (Website) | |
| P21 | | | "Network-1 Announces Special Licensing Program for Early Adopters of Essential IEEE 802.3af Power over Ethernet (PoE) Technology," Network-1 Press Release (June 30, 2008) | |
| P28 | | | "Method for Powered DTE (PDTE) Authentication," Amir Lehr (January 20, 2000) | |
| P29 | | | "Preliminary Simulation Results for the Diode Discovery Process," Daniel Dove (March 2000) | |
| P30 | | | "Common Mode and Differential Mode Discovery Techniques," Rick Brooks (May 2000) | |
| P31 | | | "DTE Power via MDI: PD - Power Switch & DC/DC Converter; PSE - Integrated Detection, Power Switch & Power Control," Texas Instruments (January 2001) | |
| P32 | | | "Welcome to the July 2001 Plenary Meeting of the 802.3af DTE Power via MDI Task Force," Steve Carlson (July 2001) | |

| | | | |
|---|---|---|---|
| P33 | | | Minutes, IEEE 802.3 CSMA/CD Plenary (Portland, OR) (July 9-12, 2001) |
| P34 | | | Email from Carlson to Thompson (July 12, 2001) RE: "Action Items - Reminders" |
| P37 | | | Email from Carlson to Thompson (August 31, 2001) RE: "Merlot" |
| P43 | | | Letter from Thompson to Merlot (September 21, 2001) |
| P44 | | | Emails between Horowitz and Carlson (June 26, 2003) RE: "Patent" |
| P45 | | | Merlot Letter of Assurance For Essential Patents (July 2, 2003) |
| P47 | | | IEEE Standard 802.3af-2003 |
| P48 | | | IEEE Standard 802.3at-2009 |
| P49 | | | "Compilation of Photographs (HP) from the Expert Report of Dr. James M. Knox" |
| P50 | | | "Compilation of Photographs (HP) from the Expert Report of Dr. Nathaniel Davis" |
| P51 | | | HP ProCurve Power over Ethernet (PoE/PoE+) Planning and Implementation Guide |
| P52 | | | HP Power over Ethernet (PoE/PoE+) Planning and Implementation Guide |
| P53 | | | Power over Ethernet (PoE) for zl and yl Products Planning and Implementation Guide |
| P54 | | | HP Networking E and V Series Product Guide |
| P55 | | | HP ProCurve 1810G-8 Switch Installation and Getting Started Guide |
| P56 | | | HP 1920 Switch Series Data Sheet |
| P57 | | | HP 1920 Gigabit Ethernet Switch Series Getting Started Guide |
| P58 | | | HP 2530 Switch Series Installation and Getting Started Guide |
| P59 | | | PoE Operation for the Series 2600-PWR Switches |
| P60 | | | HP E2910 al Switch Series QuickSpecs |
| P61 | | | HP ProCurve 2915-8G-PoE and 2615-8-PoE Switches: Installation and Getting Started Guide |
| P62 | | | HP 2920-48G-POE+ Switch Overview |
| P63 | | | HP 2920 Switch Series Data Sheet |
| P64 | | | HP 2920 Switch Series QuickSpecs |
| P65 | | | HP 2920 Switches Installation and Getting Started Guide |
| P66 | | | HP E3500 yl Switch Series Overview, Features, and Models |
| P67 | | | HP 3600 SI Switch Series Overview |
| P68 | | | HP A3600 EI Switch Series QuickSpecs |
| P69 | | | HP A5500 EI Switch Series Data Sheet |
| P70 | | | HP A5500 EI & A5500 SI Switch Series Installation Guide |
| P71 | | | HP A5800 Switch Series Data Sheet |
| P72 | | | HP A-MSR Router Series Network Management and Monitoring Configuration Guide |
| P73 | | | HP MSR3000 Router Series Data Sheet |
| P74 | | | HP A3000G Wireless Switch Series QuickSpecs |
| P75 | | | HP 5400 zl Switch Series QuickSpecs |
| P76 | | | HP 5400R zl2 Switch Series QuickSpecs |
| P77 | | | HP 5400R zl2 Switch Series Data Sheet |
| P78 | | | HP Switch zl2 Modules Installation Guide |
| P79 | | | HP 5400 zl Switches Installation and Getting Started Guide |
| P80 | | | HP 5800 TAA-compliant Switch Series Data Sheet |

| | | | |
|---|---|---|---|
| P81 | | | HP 7500 Switch Series Installation Guide |
| P82 | | | HP 12500 Routing Switch Series Layer 2-LAN Switching Configuration Guide |
| P83 | | | HP M210 802.11n Access Point Series Data Sheet |
| P84 | | | HP M210 802.11n Access Point Series Quickstart |
| P85 | | | HP MSM422 Access Point Quickstart |
| P86 | | | HP 517 Unified Walljack Installation Guide |
| P87 | | | HPE OfficeConnect M330 802.11ac Dual Radio Access Point Series QuickSpecs |
| P88 | | | HPE OfficeConnect M330 802.11ac Dual Radio Access Point Quick Start Guide |
| P89 | | | HP 425 Wireless Dual Radio 802.11n Access Point Installation Guide |
| P90 | | | HP A-802.11a/b/g Access Point Series Product Overview and Features |
| P91 | | | HP 525 802.11ac Dual Radio Access Point Series Data Sheet |
| P92 | | | HP 560 802.11ac Dual Radio Access Point Series Data Sheet |
| P93 | | | HP 560 802.11ac Access Point Installation Guide |
| P94 | | | HP 4120 IP Phone Quick Start Guide |
| P95 | | | HP MSM430, MSM460, MSM466 802.11n AP Installation Guide |
| P99 | | | Davis diagram |
| P100 | | | AMIS Product Specification |
| P101 | | | LTC4257 Data Sheet |
| P102 | | | LTC4257-1 Data Sheet |
| P103 | | | LTC4258 Data Sheet |
| P104 | | | Power MOSFET |
| P106 | | | LTC4266 Data Sheet (Prerelease) |
| P107 | | | LTC4266 Data Sheet |
| P108 | | | LTC4267 Data Sheet |
| P109 | | | LTC4269-1 Data Sheet |
| P110 | | | LTC4270/LTC4271 Data Sheet |
| P111 | | | LTC4290/LTC4271 Data Sheet |
| P112 | | | BCM5910X Technical Information |
| P113 | | | BCM59101 Controller and Power Management Technology |
| P114 | | | BCM59101B Data Sheet |
| P115 | | | BCM59101B/BCM59103B Data Sheet |
| P116 | | | BCM59103 Product Brief |
| P117 | | | BCM59103 Product Brief with hand-drawn diagram |
| P118 | | | BCM59111 Data Sheet |
| P119 | | | BCM59111 Power over Ethernet Technology |
| P120 | | | BCM59121 Data Sheet |
| P122 | | | TPS2375/TPS2376/TPS2377 Data Sheet |
| P124 | | | TPS2384 Data Sheet |
| P125 | | | TPS2384A Data Sheet |
| P126 | | | TPS54320 Data Sheet |
| P127 | | | TPS23750/TPS23770 Data Sheet |
| P128 | | | TPS23754/TPS23754-1/TPS23756 Data Sheet |
| P129 | | | PD64004 Preliminary Datasheet |
| P130 | | | PD64008 Datasheet |
| P131 | | | PD64012 Preliminary Datasheet |
| P132 | | | PD64012/G Data Sheet |
| P133 | | | PD69012 Datasheet |

| | | | |
|---|---|---|---|
| P134 | | | PD69108 Datasheet |
| P135 | | | AS1124 Data Sheet |
| P136 | | | MAX5940BESA Data Sheet |
| P137 | | | PM8803 |
| P154 | | | "PDs used on HP's network," Spreadsheet |
| P155 | | | "PSEs used on HP's network," Spreadsheet |
| P156 | | | "UL Chooses Reliable, Stable Network from HP," HP case study |
| P157 | | | "Instrumentation Laboratory supports double-digit growth with HP Networking," HP case study |
| P158 | | | "Lifetime Products drives to the hoop with HP Networking," HP case study |
| P159 | | | "University of New Mexico powers advanced services and meets expansion needs with help from HP Networking," HP case study |
| P167 | | | "WLANs and Power over Ethernet," 3Com presentation to IEEE (July 6, 1999) |
| P171 | | | Knox, Appendix 1-6[a-1] |
| P172 | | | Knox, Appendix 1-6[a-2] |
| P173 | | | Knox, Appendix 1-6[a-3] |
| P175 | | | Knox, Appendix 2 |
| P176 | | | Knox, Appendix 3 |
| P177 | | | Knox, Appendix 4 |
| P178 | | | Knox, Appendix 5 |
| P179 | | | Knox, Appendix 6 |
| P180 | | | D-Link settlement agreement (May 25, 2007) |
| P181 | | | Microsemi settlement agreement (August 13, 2008) |
| P182 | | | NETGEAR settlement and patent license agreement (May 22, 2009) |
| P183 | | | Cisco settlement and license agreement (May 25, 2011) |
| P184 | | | Samsung settlement agreement, patent license agreement, and acknowledgement (March 4, 2015) |
| P185 | | | Huawei patent license agreement and acknowledgment (July 6, 2015) |
| P186 | | | Sony settlement agreement and patent license agreement (June 23, 2016) |
| P187 | | | ALE settlement agreement and patent license agreement (July 7, 2016) |
| P188 | | | Alcatel-Lucent settlement agreement, patent license agreement, stipulation of dismissal, and order dismissing (July 8, 2016) |
| P189 | | | Dell settlement agreement, patent license agreement, stipulation of dismissal, and order dismissing (August 15, 2016) |
| P190 | | | Polycom settlement agreement, patent license agreement, stipulation of dismissal, and order dismissing (September 29, 2016) |
| P191 | | | Avaya settlement agreement (September 21, 2017) |
| P192 | | | Accused HP PSEs (Mills Report, Ex. 6) |
| P193 | | | Accused HP PDs (Mills Report, Ex. 7) |
| P194 | | | HP financial spreadsheet |
| P195 | | | HP financial spreadsheet |
| P196 | | | Sales, net revenue, and gross profit for HP PSEs, includes calculation of PoE ports (Mills Report, Updated Ex. 21) |
| P197 | | | Sales, net revenue, and gross profit for HP PDs, includes calculation of PoE ports (Mills Report, Updated Ex. 22) |
| P198 | | | HP PoE price and profit premium (Mills Report, Ex. 26) |
| P199 | | | HP GB ports (Mills Report, Ex. 28) |

| | | | |
|---|---|---|---|
| P200 | | | HP GB price premium (Mills Report, Ex. 31) |
| P201 | | | HP reasonable royalty for PSEs (Mills Report, Updated Ex. 39) |
| P202 | | | HP reasonable royalty for PDs (Mills Report, Updated Ex. 40) |
| P203 | | | "Licensing," Network-1 website |
| P204 | | | Email from Horowitz to Rubenstein (May 21, 2003) RE: "IEEE Patent" |
| P205 | | | HP financial spreadsheet |
| P206 | | | Email from Horowitz to Conant and Keenan (July 2, 2003) RE: "IEEE Letter" |
| P209 | | | HP's Response to Network-1's Second Set of Requests for Admission (no. 5) (redacted) |
| P210 | | | HP's Third Supplemental Responses to Network-1's First Set of Interrogatories (no. 1) (redacted) |
| P211 | | | HP's Sixth Supplemental Responses to Network-1's First Set of Interrogatories (no. 2) (redacted) |
| P212 | | | HP's Fourth Supplemental Responses to Network-1's First Set of Interrogatories (nos. 3, 5) (redacted) |
| P215 | | | HP's Response to Network-1's Fifth Set of Common Interrogatories (no. 15) (redacted) |
| P218 | | | U.S. Patent 5,991,885 |
| P242 | | | Network-1 2008 Special Licensing Program |
| P243 | | | IDS and Patent for U.S. Patent 7,519,842 (Certified Copies) |
| P244 | | | HP's Response to Network-1's First Set of Common Interrogatories (no. 2) (redacted) |
| P245 | | | HP ProCurve Power over Ethernet (PoE/PoE+) Guide |
| P246 | | | LTC4266 Data Sheet |
| P247 | | | LTC4267 Data Sheet |
| P248 | | | LTC4290/LTC4271 Data Sheet |
| P249 | | | U.S. Patent Application No. 60/123,688 |