# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY AND HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> *Defendants*. | CASE NO. 6:13-cv-072-RWS <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Network-1's unopposed motion for redaction of the trial transcript. Being well advised, the Court finds that the motion is **GRANTED**. It is hereby **ORDERED** that page 104:4-14 of the November 8 trial transcript (morning session) is redacted.

**SIGNED this 9th day of November, 2017.**

*[signature: Robert W Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE