IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

NETWORK-1 TECHNOLOGIES, INC. §
§
V. § CIVIL NO. 6:13cv72
§
HEWLETT PACKARD COMPANY, et al §

MINUTES FOR THE FIFTH DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
NOVEMBER 10, 2017

OPEN: 8:18 am                                              ADJOURN: 5:21 pm

ATTORNEYS FOR PLAINTIFF:     See Attorney Sign In Sheet

ATTORNEYS FOR DEFENDANTS: See Attorney Sign in Sheet

LAW CLERK:                  Aisha Haley

COURTROOM DEPUTY:           Betty Schroeder

COURT REPORTER:             Judy Werlinger

| Time | Event |
|---|---|
| 8:18 am | Outside the presence of the jury, Mr. Ferguson and Mr. Jacobson advise the Court of a dispute with a motion filed last night; Mr. Dolkas responds; Court advises we will take this up later; Mr. Dovel argues an issue with the first witness today; Ms. Doan responds; Court responds; Mr. Jacobson objects to some video deposition; Ms. Doan responds; Court overrules objection |
| 8:25 am | Jury seated; Court advises jury of remaining schedule |
| 8:27 am | Ms. Doan calls David Law; witness sworn in |
| 8:28 am | Ms. Doan begins direct examination of Mr. Law |
| 8:31 am | Objection by Mr. Dovel; Court - rephrase the question |
| 8:40 am | Ms. Doan offers Defendants' Exhibit #197; Objection by Mr. Ward; Ms. Doan responds; |

|          |                                                                                                                                                      |
|----------|------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | Court responds - exhibit permitted                                                                                                                   |
| 8:51 am  | Mr. Ward begins cross examination of Mr. Ward                                                                                                        |
| 8:58 am  | Objection by Mr. Ward as non-responsive; Ms. Doan responds; Court responds                                                                           |
| 8:59 am  | Objection by Ms. Doan                                                                                                                                |
| 9:03 am  | Mr. Ward offers the Dorsey & Whitney letter dated September 30, 2014 into evidence; Objection by Ms. Doan; Mr. Ward responds                         |
| 9:05 am  | Bench conference                                                                                                                                     |
| 9:06 am  | Mr. Ward continues with cross examination                                                                                                            |
| 9:17 am  | Ms. Doan begins re-direct examination                                                                                                                |
| 9:17 am  | Objection by Mr. Ward; Court - rephrase the question                                                                                                 |
| 9:19 am  | Objection by Mr. Ward; Court - rephrase the question                                                                                                 |
| 9:21 an  | Objection by Mr. Ward; Court - rephrase the question                                                                                                 |
| 9:23 am  | Court asks the jury for questions; no questions                                                                                                      |
| 9:24 am  | Ms. Doan calls Nicholas Godici; witness sworn in                                                                                                     |
| 9:25 am  | Ms. Doan begins direct examination of Mr. Godici                                                                                                     |
| 9:35 am  | Objection by Mr. Dovel; Court - rephrase the question                                                                                                |
| 9:40 am  | Objection by Mr. Dovel; Court - lay a foundation                                                                                                     |
| 9:54 am  | Bench conference                                                                                                                                     |
| 9:57 am  | Jury excused                                                                                                                                         |
| 9:58 am  | Outside the presence of the jury, bench conference continues                                                                                         |
| 10:02 am | Recess                                                                                                                                               |
| 10:15 am | Outside the presence of the jury, bench conference continues                                                                                         |
| 10:34 am | Jury seated                                                                                                                                          |

| | |
|---|---|
| 10:34 am | Mr. Dovel begins cross examination of Mr. Godici |
| 10:43 am | Mr. Dovel renews his motion discussed in bench conference; Ms. Doan objects; Court - sustained |
| 10:46 am | Ms. Doan begins re-direct examination |
| 10:47 am | Mr. Dovel begins re-cross examination |
| 10:48 am | Ms. Doan continues with re-direct examination |
| 10:48 am | Objection by Mr. Dovel; Court - sustained |
| 10:49 am | Court asks for questions from the jury; bench conference |
| 10:52 am | Court questions Mr. Godici; Mr. Godici responds |
| 10:54 am | Mr. Dovel asks follow up questions |
| 10:55 am | Ms. Doan asks follow up questions |
| 10:56 am | Mr. Thane calls David Fisher via video deposition |
| 11:23 am | Mr. Jacobson begins cross examination portion of Mr. Fisher's video deposition |
| 11:35 am | Bench conference |
| 11:36 am | Jury excused |
| 11:37 am | Outside the presence of the jury, Mr. Jacobson and Mr. Ferguson argue the motion filed last night; Court questions parties; counsel respond |
| 11:50 am | Recess |
| 12:59 pm | Outside the presence of the jury, the Court questions Mr. Jacobson regarding the e-mail issue; Mr. Jacobson responds; Mr. Ferguson responds; Court denies the motion |
| 1:04 pm | Jury seated; Ms. Doan calls Dean Neikirk; witness sworn in |
| 1:05 pm | Ms. Doan begins direct examination of Dr. Neikirk |
| 1:19 pm | Objection by Mr. Dovel; bench conference |
| 1:21 pm | Ms. Doan continues with direct examination |

| | |
|---|---|
| 1:34 pm | Objection by Mr. Dovel; Court - sustained |
| 1:42 pm | Mr. Dovel begins cross examination |
| 1:48 pm | Objection by Ms. Doan; bench conference |
| 1:50 pm | Mr. Dovel continues with cross examination |
| 2:13 pm | Objection by Ms. Doan; bench conference |
| 2:15 pm | Mr. Dovel continues with cross examination |
| 2:17 pm | Ms. Doan begins re-direct examination |
| 2:20 pm | Court asks for questions from the jury; no questions |
| 2:22 pm | Mr. Dolkas calls Ambreen Salters; witness sworn in; Mr. Dolkas begins direct examination |
| 2:41 pm | Mr. Ward begins cross examination |
| 3:10 pm | Objection by Mr. Dolkas; Court - sustained |
| 3:20 pm | Mr. Dolkas begins re-direct examination |
| 3:22 pm | Mr. Ward begins re-cross examination |
| 3:23 pm | Court asks for questions from the jury; no questions |
| 3:24 pm | Recess |
| 3:39 pm | Outside the presence of the jury, Mr. Ferguson clarifies to the Court of what they do not plan on arguing; Mr. Jacobson responds; Court responds; parties respond; Mr. Ferguson and Mr. Dovel discuss explaining part of the claim construction order; |
| 3:46 pm | Jury seated |
| 3:47 pm | Defendants rest |
| 3:47 pm | Ms. Cho calls Robert Mills as a rebuttal witness; begins direct examination |
| 3:53 pm | Objection by Mr. Dolkas; bench conference |
| 3:54 pm | Ms. Cho continues with direct examination |

| | |
|---|---|
| 3:54 pm | Mr. Dolkas begins cross examination |
| 3:58 pm | Courtroom sealed |
| 4:00 pm | Courtroom unsealed |
| 4:00 pm | Court asks for questions from the jury; no questions |
| 4:02 pm | Mr. Dovel calls Dr. Knox; begins direct examination |
| 4:09 pm | Objection by Mr. Ferguson; bench conference |
| 4:12 pm | Mr. Dovel continues with direct examination |
| 4:14 pm | Objection by Mr. Ferguson; Court - sustained |
| 4:22 pm | Objection by Mr. Ferguson; Court - sustained |
| 4:24 pm | Objection by Mr. Ferguson; bench conference |
| 4:25 pm | Mr. Dovel continues with direct examination |
| 4:44 pm | Mr. Ferguson begins cross examination |
| 4:54 pm | Bench conference |
| 4:55 pm | Mr. Dovel begins re-direct examination |
| 4:57 pm | Mr. Ferguson begins re-cross examination |
| 4:58 pm | Court asks for questions from the jury; no questions |
| 4:59 pm | Plaintiff rests on its case |
| 4:59 pm | Bench conference |
| 5:00 pm | Defendants rest its case subject to the side-bar |
| 5:01 pm | Court informs jury of what is to follow |
| 5:01 pm | Jury excused |
| 5:02 pm | Outside the presence of the jury, Mr. Dovel responds to defendants' Rule 50A motions; Ms. Bennett responds; Court responds; denies all motions; Court advises Mr. Jacobson to file any argument on the new theory by noon tomorrow; Mr. Ferguson to file a reply |

|  |  |
|---|---|
|  | by 9:00 pm tomorrow; Court advises Ms. Bennett and Mr. Eichmann to file amended jury instructions by noon tomorrow; parties respond; Court and parties discuss the verdict form; Court advises the parties to resubmit the verdict form by noon tomorrow |
| 5:10 pm | Mr. Jacobson argues Plaintiff's JMOL that the Fisher system is not proper prior art under Section 102; Ms. Bennett responds; Mr. Jacobson responds; Court denies the motion |
| 5:18 pm | Mr. Jacobson reads into the record exhibits used yesterday for Plaintiff; no objections; Mr. Thane reads into the record exhibits used yesterday for Defendants and the Fisher system; no objections; Mr. Thane and Mr. Jacobson will meet and confer regarding the exhibits used today |
| 5:21 pm | Recess |