**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC.<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY AND HEWLETT PACKARD ENTERPRISE COMPANY<br><br>　　　　　Defendants. | CASE NO. 6:13-cv-072-RWS<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE OF FINAL POST-EVIDENCE JURY INSTRUCTION PROPOSALS**
**AND VERDICT FORM**

As attached as Exhibit A, the parties file joint proposed final jury instructions.  Network-1 Technologies, Inc.'s proposals and comments are in burgundy, and HP's proposals and comments are in blue.  As attached as Exhibit B, the parties jointly file the proposed Verdict Form.  In the one remaining dispute on the Verdict Firm, Network-1's proposed language appears in burgundy, and HP's proposed language appears in blue.

Respectfully submitted,

/s/ *Jeff Eichmann*
Christin Cho
CA State Bar No. 238173
Gregory S. Dovel
CA State Bar No. 135387
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Email: christin@dovel.com
Email: greg@dovel.com

T. John Ward, Jr.
State Bar No. 00794818
Claire Henry
State Bar No. 24053063
Andrea Fair
State Bar No. 24078488
WARD, SMITH & HILL, PLLC
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@wsfirm.com
Email: claire@wsfirm.com
Email: andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF,
NETWORK-1 TECHNOLOGIES, INC.**

*/s/ Natalie A. Bennett*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

David H. Dolkas
CA Bar No. 111080
Jodi Benassi

CA Bar No. 309048
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7415
Facsimile: (650) 815-7401
Email: ddolkas@mwe.com
Email: jbenassi@mwe.com

Natalie A. Bennett
McDermott Will & Emery LLP
500 North Capitol Street, N.W.
Washington, D.C.  20001
(202) 758-8000
Email:  nbennett@mwe.com

Hersh H. Mehta
IL Bar No. 6306586
McDermott Will & Emery LLP
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
hmehta@mwe.com

Mark E. Ferguson
IL Bar No. 6185448
Mark S. Ouweleen
IL Bar No. 6231188
Faye E. Paul
IL Bar No. 6306719
Bartlit Beck Herman Palenchar & Scott LLP
54 W. Hubbard Street, Ste. 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
Email: mark.ferguson@bbhps.com
Email: mark.ouweleen@bbhps.com
Email: faye.paul@bbhps.com

**ATTORNEYS FOR DEFENDANTS
HEWLETT-PACKARD COMPANY
AND HEWLETT PACKARD
ENTERPRISE COMPANY**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 11th day of November, 2017.

                                              */s/ Natalie A. Bennett*
                                              Natalie A. Bennett