**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC. | |
| *Plaintiff*, | CASE NO. 6:11-cv-492-RWS-KNM |
| vs. | |
| ALCATEL-LUCENT USA INC., ET AL., | **JURY TRIAL DEMANDED** |
| *Defendants*. | |

**<u>NETWORK-1 AND HP'S PROPOSED VERDICT FORM</u>[1]**

Please follow the directions provided throughout this form.  Your answer to each question must be unanimous.  In answering the questions, you are to follow all of the instructions I have given you in the Court's jury instructions.

---

[1] For disputed provisions, Network-1's proposals are in <span style="color:maroon">burgundy</span>, and HP's proposals are in <span style="color:blue">blue</span>.

## Question 1

Did Network-1 prove by a preponderance of the evidence that HP infringed the following independent claims of the '930 patent?

*Please answer "yes" (for Network-1) or "no" (for HP).*

| '930 patent claim | Answer Yes or No |
|---|---|
| Claim 6 | |
| Claim 20 | |
| Claim 22 | |

*If you answered "yes" to <u>claim 6,</u> please answer "yes" or "no" for the following dependent claims.  Otherwise, do not answer for the following claims.*

| '930 patent claim | Answer Yes or No |
|---|---|
| Claim 13 | |
| Claim 14 | |
| Claim 17 | |

**Question 2**

Did HP prove by clear and convincing evidence that any of the following claims of the '930 patent is invalid?  Please answer "yes" (for HP) or "no" (for Network-1).

| '930 patent claim | Answer Yes or No |
|---|---|
| Claim 6 | |
| Claim 13 | |
| Claim 14 | |
| Claim 17 | |
| Claim 20 | |
| Claim 22 | |

**Question 3**

*Answer question no. 3 if you have found at least one claim to be infringed <u>and</u> valid. Otherwise, do not answer the remaining questions.*

What amount is Network-1 entitled to recover for HP's infringement of the '930 patent?

$_____

**<u>Question 4</u>**

Did HP prove by a preponderance of the evidence that [HP's Proposal: Network-1 breached its contract to license the '930 patent on reasonable and non-discriminatory terms] [Network-1 Proposal: Network-1 is liable to HP for breach of contract based on the 2003 Letter of Assurance]?

**Answer YES or NO: _____**

**<u>Question 5</u>**

*Answer question no. 5 only if you answered "yes" to question no. 4. Otherwise, do not answer question no. 5.*

What amount is HP entitled to recover for Network-1's breach of contract?

$ _____

Signed this _____ day of November, 2017.


_____
Jury Foreperson