**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC.<br><br>  Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY AND HEWLETT PACKARD ENTERPRISE COMPANY<br><br>  Defendants. | CASE NO. 6:13-cv-072-RWS<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' RESPONSE TO NETWORK-1'S
<u>BENCH BRIEF ON HP'S "POWERDSINE PROPOSAL" THEORY</u>**

Mr. Ferguson's statement to the Court was that HP will not argue "[t]hat the IEEE or Mr. Dwelley were not concerned with the '930 patent because of the PowerDsine proposal and the fact that it was not presented to the IEEE."  11/10/17 PM Tr. at 113:18-23.  Consistent with Mr. Ferguson's statement, HP will not make that causal argument.

HP may well make reference to the unobjected-to testimony from Mr. Dwelley in support of other arguments. To the extent that Network-1's brief suggests that HP otherwise "narrowed" the scope of arguments it may make about the evidence in the record, there is no basis for such a suggestion.  See Network-1 Br. at 2 (suggesting that Network-1 would seek relief "if HP's closing goes beyond the narrow argument it told the Court it would present[.]").  Mr. Ferguson did not tell the Court what arguments HP would present, but rather indicated one limited argument that HP would not present.

Following Mr. Ferguson's statement about what HP would not argue, counsel for Network-1 stated: "Your Honor, we're going to drop this issue. Let's proceed with the rest of the case." 11/10/17 PM Tr. at 117:10-11.

Other than Mr. Ferguson's statement referenced above, there is no limitation on the otherwise proper arguments HP can make in closing.  Network-1 did not object to Mr. Dwelley's testimony at the time it was given, at a time when HP could have addressed the issue with the witness on the stand.  And Network-1 explicitly waived relief beyond enforcing the representation Mr. Ferguson made when Mr. Eichmann said Network-1 was "going to drop this issue."

**DEFENDANTS' RESPONSE TO NETWORK-1'S BENCH BRIEF ON HP'S "POWERDSINE PROPOSAL" THEORY**                                             Page 1

| | |
|---|---|
| November 11, 2017 | Respectfully submitted,<br><br>*/s/ Mark E. Ferguson*<br>Jennifer H. Doan<br>Texas Bar No. 08809050<br>Joshua R. Thane<br>Texas Bar No. 24060713<br>HALTOM & DOAN<br>6500 Summerhill Road, Suite 100<br>Texarkana, TX 75503<br>Telephone: (903) 255-1000<br>Facsimile: (903) 255-0800<br>Email: jdoan@haltomdoan.com<br>Email: jthane@haltomdoan.com<br><br>David H. Dolkas<br>CA Bar No. 111080<br>Jodi Benassi<br>CA Bar No. 309048<br>McDermott Will & Emery LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025<br>Telephone: (650) 815-7415<br>Facsimile: (650) 815-7401<br>Email: ddolkas@mwe.com<br>Email: jbenassi@mwe.com<br><br>Natalie A. Bennett<br>McDermott Will & Emery LLP<br>500 North Capitol Street, N.W.<br>Washington, D.C.  20001<br>(202) 758-8000<br>Email:  nbennett@mwe.com<br><br>Hersh H. Mehta<br>IL Bar No. 6306586<br>McDermott Will & Emery LLP<br>444 West Lake Street<br>Chicago, IL 60606-0029<br>Telephone: (312) 372-2000<br>Facsimile: (312) 984-7700<br>hmehta@mwe.com |

        Mark E. Ferguson
        IL Bar No. 6185448
        Mark S. Ouweleen
        IL Bar No. 6231188
        Faye E. Paul
        IL Bar No. 6306719
        Bartlit Beck Herman Palenchar & Scott LLP
        54 W. Hubbard Street, Ste. 300
        Chicago, IL 60654
        Telephone: (312) 494-4400
        Facsimile: (312) 494-4440
        Email: mark.ferguson@bbhps.com
        Email: mark.ouweleen@bbhps.com
        Email: faye.paul@bbhps.com

        **ATTORNEYS FOR DEFENDANTS HEWLETT-PACKARD COMPANY AND HEWLETT PACKARD ENTERPRISE COMPANY**

## CERTIFICATE OF SERVICE

    The undersigned certifies all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 11th day of November, 2017.

        */s/ Mark E. Ferguson*
        Jennifer H. Doan