**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., § § § Plaintiff, § § v. § § HEWLETT-PACKARD COMPANY, § HEWLETT PACKARD ENTERPRISE § COMPANY, § § Defendants. | CIVIL ACTION NO.  6:13-CV-00072-RWS |

### ORDER

The Court has reviewed the parties' submissions on the PowerDsine proposal theory (Docket Nos. 57 and 60).  Based on the parties' representations to the Court in both their written filings and oral advocacy, the Court concludes that there is no dispute for the Court to resolve at this time.  Accordingly, Plaintiff's request for relief is **DENIED WITHOUT PREJUDICE** to refiling should the circumstances change.

The Court has also reviewed Defendants Hewlett-Packard Company and Hewlett-Packard Enterprise Company's ("HP") Motion to Strike the Testimony of Dr. Knox.  Docket No. 61.  For the reasons set forth in the trial record on November 13, 2017, HP's Motion is **DENIED**.

**So ORDERED and SIGNED this 13th day of November, 2017.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE