UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY AND HEWLETT PACKARD ENTERPRISE COMPANY<br><br>Defendants. | CASE NO. 6:13-cv-072-RWS<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' FINAL EXHIBIT LIST

| Judge Robert W. Schroeder III | PLAINTIFF'S ATTORNEYS: Gregory Dovel, Jeffrey Eichmann, T. John Ward, Jr., Christin Cho, Jonas Jacobson | DEFENDANT'S ATTORNEYS: Jennifer Doan, David Dolkas, Mark Ferguson, Josh Thane, Natalie Bennett, Hersh Mehta, Faye Paul |
|---|---|---|
| TRIAL DATE (S): 11/6/2017 – 11/10/2017 | COURT REPORTER: Judy Werlinger | COURTROOM DEPUTY: Betty Schroeder |

| Def. No. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| DX003 | 11/9/2017 | X | Linear Technology, LTC4267, Power over Ethernet IEEE 802.3af PD Interface with Integrated Switching Regulator |
| DX005 | 11/10/2017 | X | Linear Technology, LTC4258 Quad IEEE 802.3af Power over Ethernet Controller Datasheet |
| DX016 | 11/6/2017 | X | November 7, 2000 Minutes - IEEE 802.3af DTE Power Meeting |
| DX027 | 11/6/2017 | X | September 29, 2003 Email from Corey Horowitz to George Conant titled Merlot Patents2 |
| DX040 | 11/9/2017 | X | November 2000 Lucent Presentation - "Resistive" Signature and Detection Protocol Summary and Overall Feasibility |
| DX049 | 11/6/2017 | X | 803.2 af & at Letters of assurance |
| DX066 | 11/8/2017 | X | Images |
| DX074 | 11/10/2017 | X | Linear LTC4263 Single IEEE 802.3af Compliant PSE Controller with Internal Switch |
| DX075 | 11/10/2017 | X | Linear LTC4266 Quad IEEE 802.3at Power over Ethernet Controller |
| DX078 | 11/10/2017 | X | LTC4270/LTC4271 12-Port PoE/PoE+/LTPoE++ PSE Controller |
| DX079 | 11/10/2017 | X | Linear LTC4290/LTC4271 8-Port PoE/PoE+/LTPoE++ PSE Controller |
| DX081 | 11/7/2017 | X | TPS2375, TPS2376, TPS2377 IEEE 802.3af PoE Powered Device Controllers |
| DX087 | 11/9/2017 | X | IEEE Standard 802.3at-2009, Part 3: Carrier Sense Multiple Access with Collision Detection (CSMA/CD) Access Method and Physical Layer Specifications |
| DX088 | 11/6/2017 | X | IEEE Standard 802.3af-2003, Part 3: Carrier Sense Multiple Access with Collision Detection (CSMA/CD) Access Method and Physical Layer Specifications |

| | | | |
|---|---|---|---|
| DX089 | 11/10/2017 | X | Fisher System Images |
| DX101 | 11/7/2017 | X | Network-1 Power Up Licensing Program flyer |
| DX103 | 11/7/2017 | X | Settlement Agreement between Network-1 and PowerDsine (November 16, 2005) |
| DX105 | 11/7/2017 | X | Binding Term Sheet between Network-1 and Extreme Networks (July 16, 2010) |
| DX119 | 11/10/2017 | X | U.S. Patent No. 5,345,592 ("Woodmas") |
| DX123 | 11/10/2017 | X | WO 98/54843 ("Fisher International") |
| DX124 | 11/10/2017 | X | WO 98/57248 ("Chang International") |
| DX129 | 11/9/2017 | X | Auto-MDIX patents (6,175,865; 6,460,078) |
| DX138 | 11/10/2017 | X | U.S. Patent No. 6,496,105 ("Fisher") |
| DX139 | 11/10/2017 | X | U.S. Patent No. 6,710,704 ("Fisher") |
| DX144 | 11/10/2017 | X | U.S. Patent No. 5,991,885 ("Chang") |
| DX146 | 11/9/2017 | X | U.S. Patent No. 5,406,260 ("Cummings") |
| DX157 | 11/9/2017 | X | U.S. Patent No. 5,994,998 ("Fisher") |
| DX174 | 11/8/2017 | X | HP LOA for the '865 patent in association with the 802.3ab std. |
| DX185 | 11/8/2017 | X | HP Audio-MDIX License Agreement with Real Tek |
| DX190 | 11/8/2017 | X | HP Auto-MDIX License Agreement with Marvell International, Ltd. |
| DX197 | 11/10/2017 | X | IEEE-SA Standards Board Bylaws (will become effective Q1 2015) |
| DX202 | 11/8/2017 | X | Network-1 Security Solutions, Inc., 2012 Form 10-K, March 22, 2013 at p. 8 |
| DX206 | 11/8/2017 | X | Amendment to Patent Purchase, Assignment and License Agreement between Merlot and Network-1, January 18, 2005 |
| DX207 | 11/8/2017 | X | Patent License Agreement between Merlot and Vertical Networks |
| DX209 | 11/8/2017 | X | Merlot Letter of Assurance |
| DX275 | 11/7/2017 | X | 10/2/2003 email from C. Horowitz to G. Conant |
| DX276 | 11/7/2017 | X | 10/7/2003 email from C. Horowitz to G. Conant |
| DX283 | 11/6/2017 | X | 9/17/2003 Email from Corey Horowitz to George Conant |
| DX286 | 11/7/2017 | X | 1/15/2004 Letter from Jason Mirabito to Linksys, Inc. |
| DX295 | 11/9/2017 | X | April 18, 2000 Presentation, Lucent Technologies, IEEE 802.3 DTE Power via MDI Detection and Signature Protocol |
| DX296 | 11/7/2017 | X | Cisco 2011- Q1 2015 Report |
| DX297 | 11/6/2017 | X | Cisco Q4 2015 Report |
| DX299 | 11/10/2017 | X | October 10, 2003 Memo from George Conant to Board re: Background on Patent Portfolio Recommendation |
| DX303 | 11/7/2017 | X | Binding Term Sheet between Network-1 and Foundry, Entrasys, and Adtran July 16, 2010 |
| DX305 | 11/8/2017 | X | Settlement and License Agreement Between Network-1 and Axis defendants August 15, 2017 |

| DX306 | 11/6/2017 | X | Network-1's Supplemental Responses to Defendants' First Set of Common Interrogatories (Nos. 3 and 4) November 16, 2016 |
| DX307A | 11/6/2017 | X | Letter from Jason Mirabito to Ericsson January 27, 2004 |
| DX307B | 11/6/2017 | X | Letter from Jason Mirabito to Delta Products March 4, 2004 |
| DX307C | 11/6/2017 | X | Letter from Jason Mirabito to Siemens Enterprise January 22, 2004 |
| DX307D | 11/6/2017 | X | Letter from Jason Mirabito to NEC January 23, 2004 |
| DX307E | 11/6/2017 | X | Letter from Jason Mirabito to Uniden America January 22, 2004 |
| DX307H | 11/6/2017 | X | Email from Corey Horowitz to Edward Wes re: Power Up Licensing Program August 12, 2005 |
| DX307I | 11/6/2017 | X | Email from Corey Horowitz to Jennifer Oche re: Power Up Licensing Program August 12, 2005 |
| DX307J | 11/6/2017 | X | Email from Corey Horowitz to Keith Lutsch re: Power Up Licensing Program August 12, 2005 |
| DX307L | 11/6/2017 | X | Letter from Corey Horowitz to Apple re: Special Licensing Program August 7, 2008 |
| DX314 | 11/6/2017 | X | Settlement and License Agreement between Network-1 and Cisco May 25, 2011 |
| DX322 | 11/7/2017 | X | Settlement and License Agreement between Network-1 and ShoreTel July 22, 2015 |
| DX342 | 11/6/2017 | X | Network-1's Objections and Responses to Defendants' First Set of Common Interrogatory No. 2 (Redacted) July 13, 2016 |
| DX345 | 11/7/2017 | X | Network-1 Form 10-KSB for the year ended December 31, 2007 |
| DX346 | 11/7/2017 | X | Network-1 Form 10-KSB for the year ended December 31, 2005 |
| DX347 | 11/7/2017 | X | Network-1 Form 10-KSB for the year ended December 31, 2006 |
| DX348 | 11/7/2017 | X | Network-1 Reasonable and Non-Discriminatory Agreement |
| DX500 | 11/10/2017 | X | Fisher System – Physical Exhibit |

_[signature]_
For Defendants

_[signature]_
For plaintiff