IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, HEWLETT-PACKARD ENTERPRISE COMPANY,<br><br>Defendants. | § § § § § § § § § § § § CIVIL ACTION NO. 6:13-CV-00072-RWS |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Final Jury Instructions. Your answers to each question must be unanimous. In this verdict form, "Network-1" refers to Plaintiff Network-1 Technologies, Inc. "HP" refers to collectively Defendants Hewlett-Packard Company and Hewlett-Packard Enterprise Company  In this verdict form, "the '930 Patent" refers to U.S. Patent Number 6,218,930.

# Question 1

Did Network-1 prove by a preponderance of the evidence that HP infringed the following independent claims of the '930 patent?
*Please answer "yes" (for Network-1) or "no" (for HP).*

| '930 patent claim | Answer Yes or No |
|---|---|
| Claim 6 | No |
| Claim 20 | No |
| Claim 22 | No |

*If you answered "yes" to <u>claim 6,</u> please answer "yes" or "no" for the following dependent claims. Otherwise, do not answer for the following claims.*   N/A

| '930 patent claim | Answer Yes or No |
|---|---|
| Claim 13 | |
| Claim 14 | |
| Claim 17 | |

## Question 2

Did HP prove by clear and convincing evidence that any of the following claims of the '930 patent is invalid?
*Please answer "yes" (for HP) or "no" (for Network-1).*

| '930 patent claim | Answer Yes or No |
|---|---|
| Claim 6 | yes |
| Claim 13 | yes |
| Claim 14 | yes |
| Claim 17 | yes |
| Claim 20 | yes |
| Claim 22 | yes |

## Question 3

*Answer question no. 3 if you have found at least one claim to be infringed <u>and</u> valid. Otherwise, do not answer the remaining questions.*

What amount is Network-1 entitled to recover for HP's infringement of the '930 patent?   N/A

$_____

**Question 4**

    Did HP prove by a preponderance of the evidence that Network-1 breached its contract to license the '930 patent on reasonable and non-discriminatory terms?

Answer YES or NO: __No__

**Question 5**

N/A

*Answer question no. 5 only if you answered "yes" to question no. 4. Otherwise, do not answer question no. 5.*

    What amount is HP entitled to recover for Network-1's breach of contract?

    $_____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this 13 day of November, 2017.


_____
**Jury Foreperson**