Exhibit 10



HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL ONLY

HP-DCTX-004043970

DX089.001




HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL ONLY

HP-DCTX-004043969

DX089.002