**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., § § | |
| Plaintiff, § § | CIVIL ACTION NO.  6:13-CV-00072-RWS |
| v. § § | |
| HEWLETT-PACKARD COMPANY, HEWLETT PACKARD ENTERPRISE COMPANY, § § § § | |
| Defendants. | |

## FINAL JUDGMENT

On this date, the Court entered its Memorandum Opinion and Order granting Plaintiff Network-1 Technologies, Inc.'s Motion for Judgment as a Matter of Law on Validity (Docket No. 99) and denying Plaintiff's Motion for a New Trial on Infringement (Docket No. 98).  The Court also issued its findings of fact and conclusions of law that Defendants failed to meet their burden on their inequitable conduct defense.

A decision having been duly rendered as to all claims and consistent with the Court's Memorandum Opinion and Order, the Court hereby enters **FINAL JUDGMENT**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 29th day of August, 2018.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE