**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| NETWORK-1 TECHNOLOGIES, INC., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case: 6:13-cv-00072-RWS |
| HEWLETT-PACKARD COMPANY, et al., | § | |
| | § | |
|     Defendants. | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE**

Please take notice that Mark A. Perry of the law firm Gibson, Dunn & Crutcher LLP enters his appearance as counsel of record for Defendants Hewlett Packard Enterprise Company and Hewlett-Packard Company and requests that any correspondence, motions, notices, and pleadings in this action directed to Hewlett Packard Enterprise Company and Hewlett-Packard Company also be served upon Mark A. Perry at the address identified in the signature block.

Please add Mr. Perry to all service lists in this matter, including the e-filing service list.

Dated: February 13, 2019

Respectfully submitted,

   */s/ Mark A. Perry*
Mark A. Perry
CA Bar No. 212532
DC Bar No. 438203
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-4222
Email: MPerry@gibsondunn.com

*Attorney for Defendants*
*Hewlett Packard Enterprise Company and*
*Hewlett-Packard Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 13, 2019 by electronic mail upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        /s/ Mark A. Perry
                                        Mark A. Perry