UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY AND HEWLETT PACKARD ENTERPRISE COMPANY<br><br>Defendants. | CASE NO. 6:13-cv-072-RWS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that Cristina Q. Almendarez of the law firm BENESCH FRIEDLANDER COPLAN & ARONOFF LLP enters her appearance as counsel of record for Defendants Hewlett Packard Enterprise Company and Hewlett-Packard Company and requests that any correspondence, motions, notices, and pleadings in this action directed to Defendants Hewlett Packard Enterprise Company and Hewlett-Packard Company also be served upon Cristina Q. Almendarez at the following address:

> Cristina Q. Almendarez
> IL Bar No. 6316733
> BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
> 71 South Wacker Drive, Suite 1600
> Chicago, IL 60606 4637
> Telephone: (312) 624-6382
> Facsimile: (312) 767-9192
> Email: calmendarez@beneschlaw.com

Please add the name of Ms. Almendarez to all service lists in this matter, including the e-filing service list.

**NOTICE OF APPEARANCE** – Page 1

Respectfully submitted,

*/s/ Cristina Q. Almendarez*
Cristina Q. Almendarez
IL Bar No. 6316733
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606 4637
Telephone:  (312) 624-6382
Facsimile:  (312) 767-9192
Email:  calmendarez@beneschlaw.com

**ATTORNEY FOR DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY AND HEWLETT-PACKARD COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, on this 16th day of June 2021.

*/s/ Cristina Q. Almendarez*
Cristina Q. Almendarez